J. W. Miller, as Sheriff of Osceola County, Plaintiff in Error, vs. C. A. Poage, Defendant in Error.

Writ of Error to Circuit Court, Osceola county.

*R. R. Taylor and E. D. Beggs*, for Plaintiff in Error.

*Gunby & Gibbons*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.

Thomas Palmer *et al.*, Appellants, vs. L. R. Warren, Appellee.

Appeal from Circuit Court, Hillsborough county.

*J. B. Wall*, for Appellants.

*Carter & Graham*, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for appellee, for failure to file transcript of record.